FLORENCE E. VAN LOAN and Others, Respondents, v. IRVING PROPPER and Others, Appellants.— Order granting plaintiffs' motion for summary judgment, and the judgment entered thereon, unanimously reversed, with costs and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANTONIO MASSA, Respondent, v. NIPPON YUSEN KAISHA, Appellant.— Action for personal injuries. Judgment entered on a verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EMPIRE TRUST COMPANY, Appellant, and EMPIRE SAFE DEPOSIT COMPANY, Plaintiff, v. UNITED STATES FIDELITY AND GUARANTY COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents.— Action on a banker's blanket bond, executed by defendants, to recover losses due to larcenies in the London branch office of Empire Trust Company. Judgment dismissing the complaint, entered on a directed verdict in favor of defendants, after trial at Trial Term, a jury having been waived, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PALM BEACH COMPANY, Appellant, v. BONWIT TELLER, INC., and COMMERCIAL OPERATING CORPORATION, Respondents.— Plaintiff brought the action as a landlord-creditor of defendant Commercial Operating Corporation for a judgment setting aside a transfer of assets from said defendant to defendant Bonwit Teller, Inc., on the ground that it was made with intent to hinder, delay or defraud the plaintiff as such creditor. Judgment entered on a decision dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of AUGUSTUS MILLEG, Deceased. PHYSICIANS' HOME, INC., Proponent-Appellant, WILLIAM A. MILLEG and Others, Contestants-Respondents.— Appeal from that part of a decree of the Surrogate's Court, New York county, which denies probate to the instrument dated January 20, 1926, and dismisses the petition and the amended petition of Physicians' Home, Inc., for the probate of said instrument. Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LILLIAN BOEHM, Respondent, v. HENRY HANTMAN and Others, Appellants.— Order, granting plaintiff's motion for summary judgment, and the judgment entered thereon as amended, reversed, with costs and the motion denied, on the ground that there are issues of fact involved which should be disposed of upon a trial of the action. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes for affirmance.

C. J. HAAS, Respondent, v. HOME INDEMNITY COMPANY, Appellant.— Action by the assignee of the owner of cigarettes on an insurance policy issued by defendant covering cigarettes against loss by robbery while being carried on M. P. Transfer Corporation's trucks. Judgment in favor of plaintiff after trial at Trial Term without a jury affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to reverse and dismiss the complaint.